**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LILLIETTE VARGAS,
an individual,

       Case No.: 6:24-cv-00152-WWB-DCI

      Plaintiffs,

v.

TRANS UNION LLC,
a foreign limited liability company,

      Defendant.

_____/

**PLAINTIFF'S NOTICE OF PENDING**
**SETTLEMENT AS TO DEFENDANT TRANS UNION LLC**

      **COMES NOW**, Plaintiff, LILLIETTE VARGAS ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC ("TU") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiff and TU will request that this matter be dismissed with prejudice.

      Dated: May 30, 2024

              Respectfully submitted,

              **SWIFT LAW PLLC**

              */s/ Aaron M. Swift*_____
              **Aaron M. Swift, Esq., FBN 0093088**
              Jordan T. Isringhaus, Esq., FBN 0091487
              Sean E. McEleney, Esq., FBN 0125561
              11300 4th Street N, Suite 260
              St. Petersburg, FL 33716

1

Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 30, 2024, I filed a true and correct copy of

the above and foregoing *Plaintiff's Notice of Settlement* via CM/ECF which will serve all

counsel of record.

/s/ *Aaron M. Swift*_____
Attorney for Plaintiff