# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LILLIETTE VARGAS,
an individual,

      Plaintiffs,

v.

Case No.: 6:24-cv-00152-WWB-DCI

TRANS UNION LLC,
a foreign limited liability company,

      Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC

Plaintiff, LILLIETTE VARGAS (hereinafter, "Plaintiff"), and Defendant, TRANS UNION LLC, ("TU"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this *Joint Stipulation for Dismissal with Prejudice as to Defendant Trans Union LLC* as follows:

There are no longer any issues in this matter between Plaintiff and TU to be determined by this Court. Plaintiff and TU hereby stipulate that all causes of action that were or could have been asserted against TU are dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring the same.

Dated: June 25, 2024

Respectfully submitted,

| | |
|---|---|
| **Swift Law PLLC** | **Quilling Selander Lownds Winslett & Moser** |
| /s/ *Aaron M. Swift* | /s/ *Ritika Singh* |

1

| | |
|---|---|
| Aaron M. Swift, Esq.<br>FBN 0093088<br>Jordan T. Isringhaus, Esq.<br>FBN 0091487<br>Jon P. Dubbeld, Esq.<br>FBN 105869<br>Sean E. McEleney, Esq.<br>FBN 125561<br>8380 Bay Pine Blvd.<br>St. Petersburg, FL 33709<br>Phone: (727) 300-1929<br>Fax: (727) 255-5332<br>aswift@swift-law.com<br>jisringhaus@swift-law.com<br>jdubbeld@swift-law.com<br>smceleney@swift-law.com<br>jmurphy@swift-law.com<br>*Counsel for Plaintiff* | Ritika Singh, Esq.<br>FBN 1016708<br>6900 N Dallas Parkway, Ste. 800<br>Plano, TX 75024<br>Phone: (214) 560-5463<br>Fax: (214) 871-2111<br>rsingh@qslwm.com<br>*Attorney for Defendant*<br>*Trans Union, LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2024, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Trans Union LLC* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

/s/ *Aaron M. Swift*
Attorney
